IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW G. KALNOKI, individually; )
KATHI KALNOKI, individually, ) 2:11-cv-02816-GEB-DAD
)
        Plaintiff, )
) <u>FED. R. CIV. P. 4(M) NOTICE</u>
  v. )
)
FIRST AMERICAN LOANSTAR TRUSTEE )
SERVICES LLC, WELLS FARGO HOME )
MORTGAGE, WELLS FARGO HOME )
EQUITY, FIRST AMERICAN TITLE )
INSURANCE COMPANY, and DOES 1- )
10, )
)
        Defendants. )
_____ )

      Plaintiffs are notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant WELLS FARGO HOME EQUITY with process within the 120 day period prescribed in that Rule may result in the unserved defendant being dismissed. To avoid dismissal, on or before February 24, 2012, Plaintiffs shall file proof of service for this defendant or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

      IT IS SO ORDERED.

Dated: February 16, 2012

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge