IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW G. KALNOKI, individually, <br> KATHI KALNOKI, individually, <br>     Plaintiffs, <br>     v. <br> FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC, WELLS FARGO HOME MORTGAGE, FIRST AMERICAN TITLE INSURANCE COMPANY, and DOES 1-10, <br>     Defendants. | 2:11-cv-02816-GEB-DAD <br><br> ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

        The June 11, 2012 Minute Order scheduled a status conference in this case on September 17, 2012, and required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference. No joint, timely status report was filed as ordered. Plaintiff filed a separate Status Conference Statement on September 4, 2012, and Defendants filed an untimely Joint Status Report on September 6, 2012 ("JSR"). Although each party and/or their counsel could be sanctioned for these improper filings, in light of the Court's congested docket, sanction procedures will not be invoked this time.

        Further, this case does not appear ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on September 17, 2012, is continued to March 4, 2013, at 9:00

1  a.m. A **JOINT** status report shall be filed no later than fourteen (14)
2  days prior to the Status Conference.
3       IT IS SO ORDERED.
4  Dated: September 12, 2012

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```

2