UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW G. KALNOKI, individually, KATHI KALNOKI, individually,<br><br>  Plaintiffs,<br><br>   v.<br><br>FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC, WELLS FARGO HOME MORTGAGE, FIRST AMERICAN TITLE INSURANCE COMPANY, and DOES 1-10,<br><br>  Defendants. | 2:11-cv-02816-GEB-DAD<br><br><br>ORDER DISMISSING FIFTH AMENDED COMPLAINT |

Pending are two dismissal motions challenging Plaintiffs' Fifth Amended Complaint ("FAC"). One was filed on July 18, 2013, the other on July 30, 2013. The portion of the motion filed on July 18, 2013, in which dismissal is sought under Federal Rule of Civil Procedure ("Rule") 8(a), will be granted; therefore, decision on other arguments in the motions is unnecessary.

Rule 8(a) prescribes that a "pleading . . . must contain . . . a short and plain statement of the claim showing

1

1  that the pleader is entitled to relief . . . ." Fed. R. Civ. P.
2  8(a)(2). "While 'the proper length and level of clarity for a
3  pleading cannot be defined with any great precision,' Rule 8(a)
4  has 'been held to be violated by a pleading that was needlessly
5  long, or a complaint that was highly repetitious, or confused, or
6  consisted of incomprehensible rambling.'" <u>Cafasso, U.S. ex rel.</u>
7  <u>v. Gen. Dynamics C4 Sys., Inc.</u>, 637 F.3d 1047, 1059 (9th Cir.
8  2011) (quoting 5 Charles A. Wright & Arthur R. Miller, Federal
9  Practice & Procedure § 1217 (3d ed. 2010)).

10  The FAC comprises a single claim alleged under the Fair
11  Debt Collection Practices Act ("FDCPA"), 15 U.S.C §§ 1692–1692p.
12  However, the FAC is 79 pages long and contains an additional 121
13  pages of exhibits. It contains arguments, is prolix, and replete
14  with redundancy. Even "if all of the factual elements of [an
15  FDCPA claim] may be found [in the FAC,] . . . the [FAC] would be
16  deficient under Rule 8(a) of the Federal Rules of Civil
17  Procedure, which requires 'a short and plain statement of the
18  claim showing that the pleader is entitled to relief.'" <u>Sparling</u>
19  <u>v. Hoffman Const. Co., Inc.</u>, 864 F.2d 635, 640 (9th Cir. 1988)

20  Since Plaintiffs' FAC fails to meet the requirements of
21  Rule 8(a)(2), it is dismissed. However, Plaintiffs are granted
22  ten (10) days from the date on which this order is filed to file
23  a sixth amended complaint addressing the deficiencies in the FAC.
24  Dated: January 3, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2