UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW G. KALNOKI, and KATHI KALNOKI,<br><br>            Plaintiffs,<br><br>     v.<br><br>FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC, WELLS FARGO HOME MORTGAGE, FIRST AMERICAN TITLE INSURANCE COMPANY, and DOES 1-10,<br><br>            Defendants. | No. 2:11-cv-02816-GEB-DAD<br><br>**ORDER** |

Plaintiffs state, concerning possible amendment and joinder of additional parties, in the Joint Status Report filed January 15, 2014:

> Based upon the recently discovered documents and Defendants' pervasive and widespread fraudulent and criminal conduct, Plaintiffs will either file a Motion for Leave to Amend the present complaint to allow the filing of a number of new causes of action, or file an entirely new complaint, addressing the fraudulent and criminal conduct of the Defendants herein.
>
> . . . .
>
> Plaintiffs [also] anticipate the adding of parties based upon the recently discovered evidence and documents. . . . Plaintiffs anticipate that a number of additional individual Defendants will be added in place

1

> of the DOES, in addition to the institutional Defendants, and new causes of actions to fully and finally resolve all the issues among the various parties.

(JSR 2:14-18, 3:5-8, ECF No. 104.)

These statements fail to comply with Plaintiffs' obligation under Rule 16 to provide meaningful information on when the referenced amendments will be sought. "Parties anticipating possible amendments . . . have an unflagging obligation to alert the Rule 16 scheduling judge of the . . . timing of such anticipated amendments in their status reports so that the judge can consider whether such amendments may properly be sought solely under the Rule 15(a) standard, and whether structuring discovery pertinent to the parties' decision whether to amend is feasible." Jackson v. Laureate, Inc., 186 F.R.D. 605, 608 (E.D. Cal. 1999) (internal quotation marks and citation omitted).

Plaintiffs have until February 21, 2014, to file a motion in which leave is sought under Federal Rule of Civil Procedure 15(a) to file the referenced amendments, after which time no further service, joinder of parties, or amendments to the pleadings is permitted, except with leave of Court for good cause shown. The referenced motion must be noticed for hearing on the Court's earliest available law and motion date. If leave is not sought as stated, Does 1 through 10 will be automatically dismissed from this action.

No further service, joinder of parties, or amendments to pleadings is permitted, except with leave of Court for good cause shown.

Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on February 3, 2014, is continued to April 28, 2014, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

Dated: January 28, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge